UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNIE JORDAN,<br><br>          Plaintiff,<br><br>     v.<br><br>NOR-CAL PIPELINE SERVICES,<br><br>          Defendants. | No. 2:22-CV-00540-KJM-KJN<br><br>ORDER |

On July 29, 2022, this court issued an order directing the parties to submit, within thirty days, a motion seeking approval of their settlement agreement in accordance with Local Rule 230.  ECF No. 7.  Many months have since passed and the parties have filed no such motion.  Thus, **plaintiff is ordered to show cause within fourteen days** why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b).  *See Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998) (citing *Henderson v. Duncan*, 779 F.2d 1421 (9th Cir. 1986)).

          IT IS SO ORDERED.

DATED:  March 30, 2023.

CHIEF UNITED STATES DISTRICT JUDGE